### No. 1393.

### THE STATE OF LOUISIANA VS. BERNARD GLAUDI.

1. The terms " grand or petit juror " employed in Act 59 of 1878 embraces *tales* jurors, lawfully selected and summoned, as well as regular jurors.

2. The rule that penal statutes are to be strictly construed is not to be applied with such unreasonable technicality as to defeat the purpose of all rules of statutory construction, which purpose is to ascertain and. enforce the true meaning and intent of the statute.

3. Act 59 of 1878 is not confined to bribing or attempting to bribe jurors actually impanelled and sworn to try a particular case, but applies to all jurors who have been lawfully selected and summoned to act as such.

4. An information charging an attempt to bribe a juror, in the language of the statute, specifying the particular juror, and the nature of the bribe offered, and setting forth the unlawful intent, conforms to all requirements of criminal pleading.

APPEAL from the Criminal District Court for the Parish of Orleans. *Marr, J.*

Same Counsel for the State as in the preceding case.

*Louis J. Paquet* for Defendant and Appellant:

The opinion of the court was delivered by

FENNER, J. This appeal presents the same points which have been considered and disposed of by our decision just announced in the case of the State vs. McChrystol.

The matters complained of, relative to the refusal of the motion for new trial, concern the sufficiency of the evidence in the case, and afford no ground for our interference.

Judgment affirmed.